# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Standard Química de Venezuela, et al.*      CIVIL NO. *96-2548* (DRD)

v.

Defendant(s) *Central Hispano International, Inc., et al.*

| MOTION | ORDER |
|---|---|
| Docket entry no. *86* | ☐ GRANTED. |
| Date: *December 21, 1999.* | ☒ DENIED. |
| Title: *Continuance of Initial Scheduling Conference.* | ☐ MOOT. |
| | ☐ NOTED. |

*DENIED. This case has been pending over three years and Defendants have had ample time to prepare for the Initial Scheduling Conference. The ISC will be held as scheduled.*
*IT IS SO ORDERED.*

RECEIVED AND FILED
00 JAN 19 AM 8:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: *1/15/2020.*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

88

4