## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA                                CIVIL NO. 96-2548 (DRD)

    Plaintiffs

v.

CENTRAL HISPANO INT.

    Defendants

*[RECEIVED AND FILED stamp: 00 JAN 25 PM 1:18, U.S. CLERK'S OFFICE, DISTRICT COURT, SAN JUAN, P.R.]*

BY ORDER OF THE COURT, defendant's Motion to Continue (Dkt. No. 86) is granted.

Hence, this case is set for a Status Conference on **February 22, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

All counsel of record notified by telephone and mail.