UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: February 22, 2000

**CIVIL NO. 96-2548 (DRD)**
LAW CLERK: Nathan J. Schulte

===================================================================

| | |
|---|---|
| **STANDARD QUIMICA DE VENEZUELA, C.A., et al.,** | Attorneys: Thomas J. **CODE** Rafael **ESCALERA RODRIGUEZ** |
| Plaintiffs, | Rebeca **ROJAS** |
| v. | |
| **CENTRAL HISPANO INTERNATIONAL, INC., et al.,** | Rafael R. **VIZCARRONDO** Noel **GONZALEZ** |
| Defendants. | Ricardo **CASELLAS** |

===================================================================

A STATUS CONFERENCE was held and counsel provided the Court with the status of this case.

Defendants informed the Court that their motion at Docket No. 74 is **MOOT**.

The Court **GRANTS** the Plaintiffs ten (10) calender days, that is by March 3, 2000, to reply to Defendants opposition. (Docket No. 78). The Court strongly suggests to the parties that the reply and surreply authorized discuss the doctrine of bank examination privilege as applied to this case. See In re Bankers Trust Co., 61 F.3d 465, 471 (6th Cir. 1995); see also Schreiber v. Society for Sav. Bancorp, Inc., 11 F.3d 217 (D.C. Cir. 1993); In re Subpoena Upon Comptroller of Currency, 967 F.2d 630 (D.C. Cir. 1992). Specifically, the parties should address the five (5) enumerated factors assessing the competing interests of the parties. See In re Bankers Trust Co., 61 F.3d at 472; Schreiber, 11 F.3d at 220; In re Subpoena, 967 F.2d at 634.

Within Docket No. 73, page 7, paragraph 19, the first sentence is hereby **STRICKEN**, by consent of the parties.

The parties agreed to case management deadlines and are to file a proposed case management order reflecting the agreement signed by the parties, within the next twenty days. The order shall contain, *inter alia*, all deadlines discussed, a Pretrial Conference in October 2001, and periodic status conference every ninety (90) days for the Court to monitor discovery progress. The parties are FOREWARNED that the Court will not grant any extensions to the agreed deadlines.

The parties are strongly encouraged to attempt to reach settlement in this case.

s/c: Counsel of record

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\MINUTES\96-2548.MEM

Note: DRD spent 45 minutes in this conference.