UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Standard Quimica De Venezuela, CA, et al.    CIVIL NO. 96-2548 (DRD)

v.

Defendant(s) Central Hispano International, Inc., et al.

*RECEIVED AND FILED 00 OCT 26 PM 4:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket entry no. 105 | ☒ GRANTED. |
| Date: October 14, 2000 | ☐ DENIED. |
| Title: Motion Requesting Short Extension of Time to File Opposition to Defendant's Motion to Compel. | ☒ MOOT. |
| | ☐ NOTED. |

The requested extension expired on October 24, 2000 and is Granted/Moot. No further extensions.

IT IS SO ORDERED.

Date: 10/25/2000.

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE