UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Standard Quimica De Venezuela, CA, et al.

CIVIL NO. 96-2548 (DRD)

v.

Defendant(s) Central Hispano International, Inc., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 107 | ☒ GRANTED. |
| Date: October 23, 2000. | ☐ DENIED. |
| Title: Motion from the Commissioner of Financial Institutions Requesting Additional Time to Comply with Court's Order. | ☐ MOOT. |
| | ☐ NOTED. |

The Commissioner is GRANTED an extension which shall end on November 7, 2000. No further extensions.

IT IS SO ORDERED.

Date: 10/25/2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 OCT 26 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.