UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
AUG -7 AM 10: 28

STANDARD QUIMICA DE VENEZUELA, et al.,
Plaintiffs,

v.                                                                         Case Number: 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL, INC., et al.,
Defendants.

## ORDER

Pending before the Court are Docket #'s 108, 112, 113, 115, 117, 119, 120, 122, 127, 129, 130, 133, 134, 135 and 136 . The Court rules as follows:

| Docket # | Date: | Ruling | Title |
|---|---|---|---|
| 108 | 10/24/00 | GRANTED / MOOT | Motion to Extend Time |
| 112 | 11/01/00 | GRANTED / MOOT | Motion to Extend Time |
| 113 | 11/01/00 | GRANTED | Motion to Keep Documents Confidential |
| | | Documents submitted in sealed envelope are to be considered confidential and kept sealed unless otherwise directed by the Court. | |
| 115 | 11/09/00 | GRANTED / MOOT | Motion for Leave to Reply |
| 117 | 11/06/00 | GRANTED / MOOT | Motion to Extend Time |
| 119 | 11/16/00 | GRANTED / MOOT | Motion Requesting withdrawal of Counsel |
| | | Appearing attorney is no longer to be with the representing Firm; the Firm will continue representing the Client. | |
| 120 | 11/27/00 | GRANTED / MOOT | Motion to Extend Time |
| 122 | 11/27/00 | DENIED | Motion to Strike Reply Brief |
| 127 | 01/02/01 | GRANTED / MOOT | Motion to Extend Time |
| 129 | 02/22/01 | GRANTED / MOOT | Motion to Submit Documents in Spanish |
| | | Certified Translation(s) subsequently submitted and contained in File as Docket # 131. | |
| 130 | 03/05/01 | GRANTED | Motion for Leave to Reply |



| | | | |
|---|---|---|---|
| 133 | 03/21/01 | GRANTED / MOOT | Motion Requesting withdrawal of Counsel |

Appearing attorney is no longer to be with the representing Firm; the Firm will continue representing the Client.

| | | | |
|---|---|---|---|
| 134 | 03/29/01 | GRANTED / MOOT | Motion to Extend Time |
| 135 | 04/05/01 | GRANTED | Motion Requesting Status Conference |

The Parties are Ordered to appear for a Status Conference on August 27, 2001, at 5:00 PM.

| | | | |
|---|---|---|---|
| 136 | 04/10/01 | DENIED | Motion Opposing Request for Extension of Time to File Reply Brief |

**IT IS SO ORDERED.**

August 06, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PeachOrders\96-2548 Orders List.wpd