UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA, et al.,
Plaintiffs,

v.                                                    Case Number: 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL, INC., et al.,
Defendants.

## ORDER

Before the Court are Docket #'s 179 and 180, both being Motions for Extension of Time filed by the Defendants. Both are **GRANTED**.

Docket # 179 is to reply to Plaintiffs' Opposition to Defendants' Cross Motion. The requested extension to November 10, 2001, is granted. The Court does note, however, that this motion may be moot in light of the Plaintiffs' Amended Complaint (Docket # 169).

Docket # 180 is to Answer or Otherwise Plead with regard to the Plaintiffs' Second Amended Complaint. The Defendants' allege that contrary to what was the understanding of all parties, including the Court, instead of limiting the original Complaint in light of the settlement of the parallel case in State court, the Plaintiffs have actually added charges and increased the request for damages. The requested extension to November 20, 2001, is granted.

Finally, the Court notes that the incredible number of motions being filed in this case is becoming quite confusing when pairing-up oppositions, replies, etc., to the original motions. **All parties are instructed from here on to make specific note to docket numbers of all officially filed documents when making references thereto.**

IT IS SO ORDERED.

November 05, 2001.                                    DANIEL R. DOMINGUEZ
                                                      U.S. District Judge

P:\RDSC\Cases\96-2548\Exts.wpd

