# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) **Standard Quimica**

v.

Defendant(s) **Central Hispano Intnl.**

CIVIL NO. **96-2548** (DRD)

*[Stamp: RECEIVED & FILED 01 NOV 13 PM 1:25 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

| MOTION | ORDER |
|---|---|
| Docket entry no. **182** | ✓ **GRANTED.** |
| Date: **Nov 01 2001** | ☐ **DENIED.** |
| Title: **Motion for Leave to Reply** | ☐ **MOOT.** |
| | ☐ **NOTED.** |

Reply due on or before Nov. 12, 2001, as requested within the Defendants' Motion, Nov 12, 2001. This order is to be notified via phone + fax.

**IT IS SO ORDERED.**

Date: **Nov 05 2001**

*[signature]*
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

