UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Standard Quimica de Venezuela, et.al.   CIVIL NO. 96-2548 (DRD)

v.

Defendant(s) Central Hispano International, Inc., et.al.

*RECEIVED AND FILED 2002 MAR 11 AM 8:09 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket entry no. 208 | ☒ GRANTED. |
| Date: FEB 13 2002 | ☐ DENIED. |
| Title: Motion Requesting Scheduling of Status Conference | ☐ MOOT. |
| | ☐ NOTED. |

Plaintiffs' request is GRANTED. Status Conference set for Tuesday, March 26, 2002, at 6:00 PM.

IT IS SO ORDERED.
Date: March 06 / 2002.

*[signature]*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE