IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA, et al.,                    March 26, 2001

Plaintiffs                                    Civil NO. 96-2548 (DRD)

v.

CENTRAL HISPANO INTERNATIONAL,
INC. et al.,

Defendants
_____

BY ORDER OF THE COURT, the Status Conference is rescheduled for April 4, 2002 at 5:00 P.M. before the Honorable Judge Daniel R. Domínguez.

OMAR FLAQUER
DEPUTY CLERK

s/c: Counsel of record to be notified: