# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**STANDARD QUIMICA DE
VENEZUELA, et al.,
Plaintiffs,**

v.                                                    **Case Number: 96-2548 (DRD)**

**CENTRAL HISPANO
INTERNATIONAL, INC., et al.,
Defendants.**

## ORDER

Defendants have moved for the issuance of a commission to Ricardo F. Casellas, Esq., for the taking of the deposition of José Luis de Matea, a Spanish national (Motion of January 25, 2002; Docket # 201). The Court agrees that Mr. Matea's testimony is material and relevant to the subject matter of this action, and further that it is necessary to issue a commission so that the parties may take Mr. Matea's deposition.

Accordingly, Defendants motion is **GRANTED**, and pursuant to Article 17 of the Hague Convention of March 18, 1970 (the Taking of Evidence Abroad in Civil or Commercial Matters), a commission is issued directed to Ricardo F. Casellas, Esq., authorizing him to take the oral deposition of José Luis de Matea on the subject of Mr. Matea's personal knowledge on the issues in this action concerning, *inter alia*, the permits and licenses of the properties and projects at Calle López de Hoyos, Núm. 134, and Calle Serrano Núm. 38, in Madrid, Spain. Additionally, Mr. Casellas is to arrange for the transcription of Mr. Matea's deposition testimony and for the authentication of said transcription.

**IT IS SO ORDERED.**

**DATE: April 5·, 2002.**

**DANIEL R. DOMINGUEZ
U.S. District Judge**

P:\RDSC\Cases\96-2548\Depose Atty 3-A.wpd

7