UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: May 7, 2002

**CIVIL NO. 96-2548 (DRD)**          START:   6:45 PM
LAW CLERK: Ronald D. Swanson-Cerna, Esq.          END:     7:45 PM

---

**STANDARD QUIMICA**                               Attorneys:
**DE VENEZUELA, C.A., et al.,**                    Rafael ESCALERA, Esq.
    Plaintiffs,                Pedro SANTIAGO, Esq.

v.

**CENTRAL HISPANO**                                Rafael R. VIZCARRONDO, Esq.
**INTERNATIONAL, INC., et al.,**                   Noel GONZALEZ, Esq.
    Defendants.                Ricardo CASELLAS, Esq.
                                                   Mariano A. MIER, Esq.

---

    A STATUS CONFERENCE was held and counsel provided the Court with the status of this case. The Court noted the following:

1. With respect to the Defendants' claim of attorney - client privilege regarding certain documents sought by Plaintiffs which are maintained in Spain, Defendants will have the choice to invoke *either* the privilege under applicable U.S. law, *or* the privilege under applicable Spanish law. The Court referred the parties to <u>Renfield Corporation v. E. Remy Martin & Co., S.A.</u>, 98 F.R.D. 442 (D.Del. 1982).

2. To date the Court has received little from the Defendants on what their understanding of the scope of the attorney-client privilege is in "in-house corporate counsel" matters in Spain. The Defendants explained that earlier this same day that had filed a supplemental motion covering the topic.

3. Because the Defendants had not yet been submitted a document log to the Plaintiffs, the Court believed the scheduled *in camera* inspection would not be efficient at this time. Defendants are to forward a revised current copy of the document log to Plaintiffs by **Wednesday, May 8, 2002**. Plaintiffs and Defendants will then meet within the following seven (7) days to specifically identify which documents need to be inspected by the Court for privilege rulings. This conference is accordingly rescheduled for **Wednesday, May 15, 2002, at 5:00 PM**. No extensions shall be granted.

s/c: Counsel of record

                                                          DANIEL R. DOMINGUEZ
                                                          **U.S. District Judge**

P:\RDSC\Cases\1996-2548\Minutes 5-7.wpd

