IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF SETTING

STANDARD QUIMICA, et al.,                    June 17, 2002

Plaintiffs                                   CIVIL: NO. 96-2548(DRD)

v.

CENTRAL HISPANO INT. et al.,

Defendants

_____

       BY ORDER OF THE COURT, the Further Status Conference previously set for June 18, 2002 at 4:30 P.M. is hereby reset for August 13, 2002 at 5:00 P.M. before the Honorable Judge Daniel R. Domínguez.

OMAR FLAQUER
COURTROOM DEPUTY CLERK



s/c: Counsel of record to be notified

