UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

MINUTES OF PROCEEDINGS DATE: August 13, 2002
CIVIL NO. 96-2548 (DRD)
START: 6:30 PM          END: 7:20 PM

LAW CLERK: Ronald D. Swanson-Cerna, Esq.

===============================================================================

| | |
|---|---|
| **STANDARD QUIMICA** | Attorney: |
| Plaintiff, | Pedro SANTIAGO, Esq. |
| | Rafael ESCALERA, Esq. |
| v. | |
| **CENTRO HISPANO INTERNATIONAL,** | Noel GONZALEZ, Esq. |
| **Inc.,** *et. al.,* | Rafael VIZCARRONDO, Esq. |
| Defendants. | Mariano MIER, Esq. |
| | Ricardo CASELLAS, Esq. |

===============================================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court ordered the following:

1. Pre-Trial is set for **October 29, 2002, at 4:00 PM**. Trial is scheduled for **November 12, 2002**; the Court shall continue until November 26, 2002. If the trial has not completed by November 26th, trial will begin again on December 2, 2002.

2. The Plaintiffs complied with the Court's recent Order regarding responding to Defendants' position as to the attorney-client privilege issue. The Court was remiss in scheduling this conference just one day after the Plaintiffs' deadline, considering that the Plaintiffs' submission has not yet even reached the undersigned's office. Accordingly, the Court will carefully review the document submitted, AND THIS Conference is continued to **September 10, 2002, at 4:30 PM**.

3. The Court stressed anew the importance of the parties *seriously* considering the possibility of settlement.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record *to be notified*
P:\RDSC\Gen Admin\Minutes of ISC.wpd

s/c. Jury Clerk ok