UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

MINUTES OF PROCEEDINGS DATE: September 10, 2002
CIVIL NO. 96-2548 (DRD)
START: 5:35 PM             END: 6:45 PM

LAW CLERK: Ronald D. Swanson-Cerna, Esq.

========================================================================

| | |
|---|---|
| **STANDARD QUIMICA** | Attorney: |
| Plaintiff, | Pedro SANTIAGO, Esq. |
| | Rafael ESCALERA, Esq. |
| v. | |
| **CENTRO HISPANO INTERNATIONAL,** | Noel GONZALEZ, Esq. |
| **Inc.,** *et. al.,* | Rafael VIZCARRONDO, Esq. |
| Defendants. | Mariano MIER, Esq. |
| | Ricardo CASELLAS, Esq. |

========================================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court ordered the following:

1. The Court noted the practical effect of the recent First Circuit decision in the case of *United States v. Rivera-Rosario*, __ F.3d __ (1st Cir. 2002), 2002 WL 1772934; *See also:* Ramos-Baez v. Bassolo-Lopez, 240 F.3d 92 (1st Cir. 2001). Specifically, all documents submitted must be in English, and all testimony to the jury must be in English, with English transcripts. The Court suggests the parties contract a private translating service that they both agree upon for trial, and / or for the translations of all documents.

2. The Court received eight (8) binders of documents provided by the Defendants for an *in camera* inspection as to whether or not each document was covered by the attorney / client privilege. The Court received an orientation of which documents were contained within each binder. Because there was a concern as to whether the documents being submitted might be originals, the Defendants kept the binders to make a master copy, and were Ordered to return the binders to the Court on the afternoon of September 11, 2002, for ultimate review.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Gen Admin\Minutes of ISC.wpd