UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

STANDARD QUÍMICA DE VENEZUELA,
C.A., et al.

Plaintiffs

v.  Civil No. 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL,
INC. AND BANCO CENTRAL HISPANO
CORP.

Defendants

## LETTER ROGATORY

The United States District Court for the District of Puerto Rico, Federico Degetau Federal Building, 150 Calle Carlos Chardón, Hato Rey, Puerto Rico, 00918, presents its compliments to the Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas.

In conformity with articles 2 and 4 of the Inter-American Convention on Letters Rogatory, executed in Panama City on January 31, 1975, the United States District Court for the District of Puerto Rico has the honor of submitting the following request:

This Court requests from the Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas international judicial assistance to obtain evidence for use in a civil proceeding before this Court.



The parties to the civil proceeding and their legal representatives are:

<u>Plaintiffs</u>
Standard Química de Venezuela, C.A.
Standar de Venezuela Española, S.A.
38 Serrano, S.A.
Inversiones Puerto Plata, S.A.
Germán Ladislao Prieto
Angele Beatrice Espuny de Prieto
*Legal Representatives:* Rafael Escalera, Esq., and Pedro Santiago, Esq., Reichard & Escalera, PO Box 364148, San Juan, Puerto Rico, USA 00936-4148

<u>Defendants</u>
Banco Central Hispano Puerto Rico
Central Hispano International, Inc.
*Legal Representatives:* Rafael R. Vizcarrondo, Esq., and Ricardo F. Casellas, Esq., Fiddler González & Rodríguez, PO Box 363507, San Juan, Puerto Rico, USA 00936-3507; and Noel González, Esq., Citibank Tower, Suite 1101, 252 Ave. Ponce de León, San Juan, Puerto Rico, USA 00918-2013.

The civil proceeding before this Court is a lawsuit for breach of contract and damages arising from loans granted for the purchase and use of two properties in Madrid, one located at calle López de Hoyos, no. 143, the other at calle Serrano, no. 38.

To obtain evidence on that issue, it is requested that, in the furtherance of justice, the Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas compel the following person to give evidence:

Sr. Bienaventura Bernal
Av. Río Caura
Torre Parque Humboldt
Piso 11
Prados del Este
Caracas, Venezuela

The evidence sought from Mr Bernal consists of a declaration in response to questions

that will be set forth by the attorneys to the parties to this lawsuit. The aim of those questions will be to discover the personal knowledge that Mr Bernal has about the facts and matters that are in controversy in this lawsuit, knowledge that Mr Bernal obtained during his performance as executive or employee of plaintiffs with responsibility over the construction, financing, development, and use of the properties in Madrid that are the object of this lawsuit.

With that purpose, this Court issues the present letter rogatory so that, in the interest of justice, the Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas expressly issue a citation to Mr Bernal so that he appear before the Juzgado as a witness in the lawsuit previously identified, in order to respond to all the questions that may be put to him, opportunely and after all the formalities of the law have been met, by the attorneys of the parties who requested the present letter rogatory, and in order that he respond in the same way, according to the law, to any cross-questions that the plaintiffs may in turn put to him by means of their attorneys.

We, therefore, request that by the proper and usual process in Venezuela, you compel Mr Bernal to provide the requested declaration This Court shall be ready and willing to do the same for you in a similar case when required.

In San Juan, Puerto Rico, this __29__ th day of __October__, 2002.

_____
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE

-3-

TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

STANDARD QUÍMICA DE VENEZUELA,
C.A., et al.

Demandantes

v.                                            Civil No. 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL,
INC. Y BANCO CENTRAL HISPANO
CORP.

Demandados

---

### CARTA ROGATORIA

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Edificio Federal Degetau, 150 Calle Carlos Chardón, Hato Rey, Puerto Rico 00918, le presenta sus saludos al Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas.

A tenor con los artículos 2 y 4 de la Convención Interamericana sobre Exhortos y Cartas Rogatorias, hecha en Panamá el 31 de enero de 1975, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico tiene el honor de someter la siguiente petición:

Este Tribunal le solicita al Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas su asistencia judicial en el plano internacional para obtener pruebas que habrán de usarse en un litigio civil ante este Tribunal.

-2-

Las partes en el litigio y sus representantes legales son los siguientes:

Demandantes
Standard Química de Venezuela, C.A.
Standar de Venezuela Española, S.A.
38 Serrano, S.A.
Inversiones Puerto Plata, S.A.
Germán Ladislao Prieto
Angele Beatrice Espuny de Prieto
*Representantes Legales:* Lic. Rafael Escalera y Lic. Pedro Santiago Rivera, Reichard & Escalera, PO Box 364148, San Juan, Puerto Rico, USA 00936-4148

Demandados
Banco Central Hispano Puerto Rico
Central Hispano International, Inc.
*Representantes Legales:* Lic. Rafael R. Vizcarrondo y Lic. Ricardo F. Casellas, Fiddler González & Rodríguez, LLP, PO Box 363507, San Juan, Puerto Rico, USA 00936-3507; y Lic. Noel S. González Miranda, Citibank Tower, Suite 1101, 252 Ave. Ponce de León, San Juan, Puerto Rico, USA 00918-2013.

El litigio civil ante este Tribunal es una demanda por incumplimiento de contrato y daños y perjuicios que surge de contratos de préstamo para la compra y uso de dos propiedades en Madrid, una ubicada en la calle López de Hoyos, núm. 143, la otra en la calle Serrano, núm. 38.

Para obtener prueba sobre dicho tema, solicitamos que, en el avance de la justicia, el Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas ordene a la siguiente persona a proveer prueba:

Sr. Bienaventura Bernal
Av. Río Caura
Torre Parque Humboldt
Piso 11
Prados del Este
Caracas, Venezuela

La prueba solicitada del Sr. Bernal consiste en una declaración en respuesta a preguntas

que serán formuladas por los abogados de las partes en este litigio. El objeto de esas preguntas será descubrir el conocimiento personal que el Sr. Bernal tiene sobre los hechos y asuntos que están en controversia en este litigio, conocimiento que el Sr. Bernal obtuvo durante sus ejecutorias como ejecutivo o empleado de las partes demandantes con responsabilidad sobre la construcción, financiamiento, comercialización, y uso de las propiedades en Madrid que son objeto de este litigio.

Con ese propósito, este Tribunal libra la presente Carta Rogatoria para que, en interés de la justicia, el Juzgado de Primera Instancia en lo Civil, Mercantil y del Tránsito de la Circunscripción Judicial del Área Metropolitana de Caracas cite expresamente al Sr. Bernal para que comparezca ante el Juzgado a rendir una declaración en calidad de testigo en el proceso antes identificado, para que responda a todas las preguntas que, oportunamente y después de cumplidas todas las formalidades de Ley, realizarán los abogados apoderados de la parte solicitante de la presente carta rogatoria, y para que responda asimismo, de acuerdo a la Ley, a las repreguntas que a bien tengan a realizar las partes demandantes por medio de sus abogados.

Solicitamos, por lo tanto, que mediante el proceso apropiado y la usanza de Venezuela se le ordene al Sr. Bernal a dar la declaración requerida. Este Tribunal estará preparado y dispuesto a hacer lo mismo por ustedes cuando así lo requieran en un caso similar.

En San Juan, Puerto Rico, al día __29th__ de __October__ de 2002.

_[signature]_
DANIEL R. DOMÍNGUEZ
JUEZ DE DISTRITO DE EE. UU.