UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

MINUTES OF PROCEEDINGS DATE: October 29, 2002
CIVIL NO. 96-2548 (DRD)
START: 4:50 PM          END: 6:00 PM

LAW CLERK: Ronald D. Swanson-Cerna, Esq.

================================================================

| | |
|---|---|
| **STANDARD QUIMICA**<br>Plaintiff,<br><br>v.<br><br>**CENTRO HISPANO INTERNATIONAL,**<br>**Inc., et. al.,**<br>Defendants. | Attorney:<br>Pedro SANTIAGO, Esq.<br>Rafael ESCALERA, Esq.<br><br><br>Noel GONZALEZ, Esq.<br>Ricardo CASELLAS, Esq.<br>Mariano MIER, Esq. |

================================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court ordered the following:

1. The parties are to exchange exhibit and deposition translations for mutual review and agreement by Wednesday, November 6, 2002, at 5:00 PM.

2. Plaintiffs have noted their case in chief will take approximately five (5) days. Defendants have noted their defense will take approximately one (1) month. The Court noted a break will be taken from November 25th through November 29th.

3. The Pre-Trial is scheduled for Wednesday, November 6th, 2002, at 4:00 PM. The trial date of November 12, 2002, will be maintained.

_____
DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Gen Admin\Minutes of ISC.wpd