UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | **DATE:** October 30, 2002 |
| **CIVIL NO. 96-2548 (DRD)** | |
| **START:** 6:15 PM    **END:** 6:30 PM | |

**LAW CLERK:** Ronald D. Swanson-Cerna, Esq.

===========================================================

| | |
|---|---|
| **STANDARD QUIMICA** | Attorney: |
| Plaintiff, | Rafael ESCALERA, Esq. |
| v. | |
| **CENTRO HISPANO INTERNATIONAL,** | Noel GONZALEZ, Esq. |
| **Inc.,** *et. al.,* | Ricardo CASELLAS, Esq. |
| Defendants. | |

===========================================================

A TELEPHONE CONFERENCE was held today by request of the Court.

1. The Court advised the parties that four (4) criminal cases originally transferred to visiting Judge DiClerico had been re-set for the undersigned's Docket. Unfortunately Judge DiClerico has unexpectedly cancelled and rescheduled his visit due to health reasons. Trial for the above captioned case was originally set to begin on November 12, 2002. Although two of the four re-set criminal cases have reached pleas, it is very likely that the remaining two will need to be seen. Because of statutory "speedy trial" and constitutional due process concerns, these criminal cases must have priority over the civil docket. Given that a large number of witnesses in this trial are coming to Puerto Rico to testify from Spain, the best interest of justice would be served all around if this trial was postponed.

2. Accordingly, the trial date of November 12, 2002, is **VACATED**. The parties should expect trial to commence on or about January 15, 2003.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Gen Admin\Minutes of ISC.wpd