UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA, et al.,
Plaintiffs,

v.                                                            Case Number: 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL, INC., et al.,
Defendants.

### ORDER

The Court, **after exhaustive, tedious and careful review of the documents presented by Defendants**, decides to release the following documents.(See attached files). Defendants are hereby **ORDERED** to produce said documents to Plaintiffs. The Court understands they are not covered by the attorney-client privilege, for the various reasons expressed herein: (i) communication merely includes public documents; (ii) communication merely narrates what occurred at a public registry/hearing; (iii) communication is merely commercial, non-legal; (iv) communication is merely providing copy to counsel of a non-privilege document generated between two persons not intending document to be privileged; (v) privilege was waived by providing copy to persons outside the bank. The majority of the documents that have been released are letters from local counsel submitting fotocopies of official public documents relating to the properties involved in the instant case. Said letters do no contain opinion of counsel.

Notwithstanding the above, the Court shall entertain reconsideration as to any document Defendants consider should not be released to Plaintiffs. **Defendants have three (3) working days to do so.**

IT IS SO ORDERED.

DATED: November 07, 2002.                    DANIEL R. DOMINGUEZ
                                             U.S. District Judge

P:\RDSC\Cases\1996-2548\Releasedoc2.wpd

Documents to be released in order from top to bottom, as organized in all binders (I-VII), by tab number.

| Binder # | Tab # |
|---|---|
| I | 15 |
| I | 378 |
| I | 132 |
| I | 428 |
| I | 518 |
| I | 519 |
| I | 92 |
| I | 19 |
| I | 20 |
| I | 22 |
| I | 66 |
| I | 67 |
| I | 581 |
| I | 21 |
| I | 582 |
| I | 583 |
| I | 584 |
| I | 585 |
| I | 586 |
| I | 587 |

| | |
|---|---|
| I | 75 |
| I | 336 |
| I | 588 |
| I | 443 |
| I | 561 |
| II | 342 only public document (lawsuit) |
| II | 343 only public document |
| II | 347 only public document |
| II | 348 only public document |
| II | 356 357 |
| II | 28 |
| II | 589 only public document |
| II | 382 Power of Attorney only |
| II | 423 certification only |
| II | 424 |
| II | 379 only sworn statement |

| | | |
|---|---|---|
| | | only |
| II | 380 | only sworn statement |
| II | 381 | |
| II | 416 | |
| III | 31 | |
| III | 123 | |
| III | 129 | |
| IV | 33 | |
| IV | 35 | |
| IV | 367 | |
| IV | 567 | |
| IV | 26 | |
| IV | 43 | |

| | |
|---|---|
| IV | 59 |
| IV | 62 |
| IV | 101 |
| IV | 103-113 |
| IV | 134 |
| IV | 135 |
| IV | 275 |
| IV | 276 |
| IV | 277-294<br>296-299<br>301<br>303-306<br>308 |
| IV | 98 |
| IV | 99 |
| IV | 40 |
| V | 315 |
| V | 318 |
| V | 337 |
| VIII | 24 |
| VIII | 32 |
| VIII | 61 |
| VIII | 457 |

| | |
|---|---|
| VIII | 524 |
| VIII | 529 |
| VIII | 591 |