UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | **DATE: November 7, 2002** |
| CIVIL NO. 96-2548 (DRD) | |
| START: 11:00 AM   END: 11:40 AM | |

**LAW CLERK: Marta L. Rivera-Ruiz**
(substituting for Ronald D. Swanson-Cerna, Esq.)

---

| | |
|---|---|
| **STANDARD QUIMICA** | Attorney: |
| Plaintiff, | Rafael ESCALERA, Esq. |
| v. | |
| **CENTRO HISPANO INTERNATIONAL,** | Noel GONZALEZ, Esq. |
| Inc., *et. al.*, | Ricardo CASELLAS, Esq. |
| Defendants. | |

---

A TELEPHONE CONFERENCE was held today by request of the Court. Parties also requested the intervention of the Court because they continue to have discovery disputes amongst the taking of depositions from Mr. Javier Lozano, Mr. Miguel de Blas, and Defendants' expert witness.

1. Parties advised the Court as to the taking of the deposition of Mr. Javier Lozano, that matured upon the order of the Court allowing Defendants to re-depose said witness. The Court understands said deposition hasn't taken place. The Court also understands that neither has deposition of Mr. Miguel de Blas nor the last expert witness announced by Defendants have taken place.

2. **The Court clearly emphasized that its intention is to finally organize discovery for the case to effectively move forward. The Court made an enormous effort to mediate and advised parties to agree for themselves upon all said discovery issues separating the parties and/or any other disputes they may later arise. The parties finally advised the Court that they would, in effect, attempt to reach an agreement.**

After all such attempts by the Court, parties were advised that the Pre Trial Conference scheduled to be held next Friday, November 15, 2002, will remain as originally scheduled. Said conference shall be held at 2:00p.m. Accordingly, both parties are to solve any issue involving discovery, specifically taking of the above-mentioned depositions, before said date.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record