UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**STANDARD QUIMICA DE VENEZUELA, et al.,**
**Plaintiffs,**

v.                                              Case Number: 96-2548 (DRD)

**CENTRAL HISPANO INTERNATIONAL, INC., et al.,**
**Defendants.**

### ORDER

The Court hereby **ADVISES** all parties to this case that the Second Amended Complaint filed by Plaintiffs will be assigned Docket No. 226A. Even though parties referred to said complaint as Docket No. 226, the Court noted that it was not on record. Therefore, since Plaintiffs' Motion Requesting Leave to file Second Amended Complaint was assigned Docket No. 226, as just mentioned, the amended Complaint will be given Docket No. 226A, for further references thereto.

IT IS SO ORDERED.

November 08, 2002.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

P:\RDSC\Cases\1996-2548\docket226A.wpd

