UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA, et al.,

    Plaintiffs,

    v.

CENTRAL HISPANO INTERNATIONAL.,
INC., et als.,

    Defendants.

CIVIL NO. 96-2548 (DRD)



## ORDER

    The **PRE TRIAL CONFERENCE** scheduled to be held in Chambers, on **January 8, 2003, is hereby VACATED.**

    Said **PRE TRIAL CONFERENCE** shall take place in Chambers, on **January 10, 2003, at 4:00 p.m.**

    The Court requires the additional time to finalize its Opinion & Order on the pending Motion for Summary Judgment (Docket No. 255). The added time shall provide parties a further opportunity to seriously deliberate as to settlement.

    Should settlement not be attained, jury trial is then scheduled to commence on **January 21, 2003, at 9:00 a.m.** Therefore, the trial setting of **January 15, 2003, is VACATED.**

    This Order is to be immediately notified by fax and phone.

    **IT IS SO ORDERED.**

Date: January 7, 2003.

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

P.\Marta's cases\96-2548 pretrial trial ord wpd

s/c: Jury Clerk



342