UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | **DATE: January 10, 2003** |
| **CIVIL NO. 96-2548 (DRD)** | |

**LAW CLERK: Marta L. Rivera-Ruiz**

===========================================================

**STANDARD QUIMICA DE VENEZUELA, et al.,**  Attorney:
  Plaintiffs,
                                       Pedro SANTIAGO, Esq.
                                       Rafael ESCALERA, Esq.

v.

**CENTRAL HISPANO INTERNATIONAL.,**
**INC., et al.,**                                Noel GONZALEZ, Esq.
  Defendants.                        Ricardo CASELLAS, Esq.
                                       Mariano MIER, Esq.
                                       Rafael VIZCARRONDO, Esq.

===========================================================

     A Pretrial Conference was held today. It began at 5:45 p.m. and ended at 6:45 p.m. Even though parties were making an effort to reach settlement and the Court commended them on said efforts, settlement was not agreed upon at the conference. Indeed, the Judge met with both parties individually and in private in order to discuss settlement offers on behalf of both. Parties then advised the Court that they should try to reach a potential settlement agreement in the following days.

     Should settlement not be attained, date for trial was tentatively scheduled to commence on Tuesday, January 21, 2003, at 9:00 a.m.

                                                                   DANIEL R. DOMINGUEZ
                                                                   DISTRICT JUDGE

s/c: Counsel of record