UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA, et al.,

    Plaintiffs,

v.

                                                    CIVIL NO. 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL.,
INC., et als.,

    Defendants.

## ORDER

    A **PRE TRIAL CONFERENCE** is hereby scheduled to be held in Chambers, on **January 21, 2003, at 3:00 p.m.**
    Since settlement was not attained, jury trial is then scheduled to commence on **January 23, 2003, at 9:00 a.m.** Therefore, the trial setting of **January 21, 2003**, is **VACATED.**

    This Order is to be immediately notified by fax and phone.

    **IT IS SO ORDERED.**

Date: January 15, 2003.

                                                    DANIEL R. DOMINGUEZ
                                                    U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #349 |

P.\Marta's cases\96-2548.pretrial.trial.ord2.wpd