## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**STANDARD QUIMICA DE VENEZUELA, et al.,**

    Plaintiffs,

    v.

**CENTRAL HISPANO INTERNATIONAL.,
INC., et als.,**

    Defendants.

**CIVIL NO. 96-2548 (DRD)**

---

## ORDER

    As previously notified, a **PRE TRIAL CONFERENCE** is scheduled to be held in Chambers, on **January 21, 2003, at 3:00 p.m. Said Pre Trial Conference shall now be held on that same day, but at 1:30 p.m.**

    The Court is to make the last effort to settle the present case, before further continuance of proceedings leading to trial. Parties are strongly encouraged to engage in a final good faith attempt to those effects.

    **Principals must be available** via telephone during the Conference.

    This Order is to be immediately notified by fax and phone.

    **IT IS SO ORDERED.**

---

Date: January _12_, 2003.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

| Rec'd: | EOD: |
| --- | --- |
| By: | # 351 |