UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

MINUTES OF PROCEEDINGS  DATE: January 21, 2003
CIVIL NO. 96-2548 (DRD)

LAW CLERK: Marta L. Rivera-Ruiz

====================================================================

| STANDARD QUIMICA DE VENEZUELA, et al., | Attorney: |
| Plaintiffs, | Pedro SANTIAGO, Esq. |
| | Rafael ESCALERA, Esq. |
| v. | |
| CENTRAL HISPANO INTERNATIONAL., INC., et al., | Noel GONZALEZ, Esq. |
| Defendants. | Ricardo CASELLAS, Esq. |
| | Mariano MIER, Esq. |
| | Rafael VIZCARRONDO, Esq. |

====================================================================

A Pretrial Conference was held today. It began at 1:30 p.m. and ended at 4:20 p.m. Parties agreed upon a specific settlement amount. The Judge met again with both parties individually and in private in order to discuss said settlement offer. Indeed, the Judge was present when counsel for each party spoke to their respective clients and recommended a then reached upon settlement. Since Defendant banks are corporate clients and have a committee that meets on January 28, 2003, counsel for Defendants shall notify the Court, by Wednesday January 29, 2003, as to the banks' Board final approval of the settlement.

Should settlement not be accepted by the Defendant Bank, date for trial is finally scheduled to commence, with jury selection, on Thursday, January 30, 2003, at 9:00 a.m. Full trial is then scheduled for Monday February 3, 2003, at 9:00 a.m. Parties shall submit their respective voir dire on or before Friday January 31, 2003, at 5:00 p.m. Parties shall also file a brief one paragraph summary, containing the principal facts of the present case, and their respective legal theories and defenses, by that same date and time, January 31, 2003, at 5:00 p.m.

Plaintiff shall oppose the pending motions filed by Defendants during the past few days. NO OTHER MOTIONS ARE TO BE FILED PENDING SETTLEMENT DETERMINATION. The Court is not to rule upon the pending discovery motions on record, so as not to frustrate any potential settlement. The Court firmly understands that any ruling may indeed affect the settlement that was agreed upon by the parties during the conference.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record

Jury Clerk