UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA, et al.,

    Plaintiffs,

v.

                                                   CIVIL NO. 96-2548 (DRD)

CENTRAL HISPANO INTERNATIONAL.,
INC., et als.,

    Defendants.

## ORDER

The Court understands that the present case has been settled. A final Conference shall be held tomorrow, January 30, 2003, at 10:00 a.m., in Chambers, in order to discuss settlement terms and conditions, as well as further proceedings regarding the settlement agreement.

This Order is to be immediately notified by fax and phone.

**IT IS SO ORDERED.**

Date: January 29, 2003.                    DANIEL R. DOMINGUEZ
                                               U.S. District Judge

Rec'd:        EOD:

By:         # 360

