UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STANDARD QUIMICA DE VENEZUELA,
et al.,
Plaintiffs,

v.                                                                    Civ. No. 96-2548(DRD)

CENTRAL HISPANO INTERNATIONAL
INC., et al.,
Defendants.

## ORDER

The Court hereby **GRANTS** Defendants' Motion Requesting Extension of Time to close settlement (Docket No. 362). **Parties have until February 28, 2003, at 5:00 p.m., to do so. NO FURTHER EXTENSIONS SHALL BE GRANTED. Should settlement not be closed by said date and time, the Court shall proceed to close the instant case.**

**IT IS ORDERED.**

Date: February 21, 2003.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:         EOD:

By:            # 363

P:\Marta's cases\extension\96-2548.square.ord.ext.wpd

