UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**STANDARD QUIMICA DE VENEZUELA
C.A., et al.,**
Plaintiffs,

CIVIL NO. 96-2548 (DRD)

v.

**CENTRAL HISPANO INTERNATIONAL
INC.,, et al.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date**<br>Filed: 02/27/03   **Docket #365**<br>[X] **Plff**         [X] **Deft**<br>[ ] Other<br><br>Title: STIPULATION OF VOLUNTARY DISMISSAL AND RETENTION OF JURISDICTION UNDER FRCP 41 (a)(1)(ii) and 41(a)(2) | **GRANTED.** Parties in this case have appeared and requested dismissal with prejudice of all claims to this case. Parties also requested the Court to retain jurisdiction. The Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and (a)(2). Judgment shall be entered accordingly. |

Date: February 28, 2003

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By:

P:\Marta's cases\Voluntary Dismissals & Judg\96-2548.join settl.Vol_Dis granted.wpd