

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**STANDARD QUIMICA DE VENEZUELA
C.A., et al.,**
Plaintiffs,

**CIVIL NO. 96-2548 (DRD)**

v.

**CENTRAL HISPANO INTERNATIONAL
INC.,, et al.,**
Defendants.

---

### J U D G M E N T

The Court, having approved on this same date parties' joint motion for dismissal with prejudice, hereby enters judgment dismissing this action against all Defendants **WITH PREJUDICE,** and without imposition of costs, expenses or attorneys' fees. The Court shall hold in escrow the submitted sealed document (Docket No. 365), until all conditions of the settlement be satisfied.

---

Date:  February 28, 2003

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

| Rec'd: | EOD: |
|--------|------|
| By: | #367 |