

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

STANDARD QUIMICA DE VENEZUELA
C.A., et al.,
Plaintiffs,

     v.

**CIVIL NO. 96-2548 (DRD)**

CENTRAL HISPANO INTERNATIONAL
INC.,, et al.,
Defendants.

---

## A M E N D E D   J U D G M E N T

    The Court, having approved the terms and conditions set forth in the parties' Stipulation of Voluntary Dismissal with Prejudice and Retention of Jurisdiction (Docket No. 365) entered Judgment in this case on February 28, 2003; (Docket No. 365 was previously sealed). The Court understands that all conditions of the settlement have already been satisfied and hence, the above mentioned submitted sealed document is no longer hold in escrow. The Court shall retain supplemental enforcement jurisdiction over the implementation of the confidential settlement and release agreement executed by the parties on February 27, 2003.

Date:  March _05_, 2003

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

| Rec'd: | EOD: |
|--------|------|
| By: | # 369 |